UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                      NO. 4:03CR00181 - GH

**EDWARD ROBBINS**
**RAY MORGAN**

## DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendants.

BUD CUMMINS
United States Attorney

/s/ Angela S. Jegley
ANGELA S. JEGLEY
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600

Leave of Court is granted this 25 day of September, 2006, for the filing of the foregoing dismissal of indictment.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE